peal to the Court of Appeals, if so advised, without costs. Settle order before Mr. Justice BURR. See, also, 143 App. Div. 951, 128 N. Y. Supp. 1115.

BROWN et al., Appellants, v. ROOSEVELT & SCHUYLER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by G. Hunter Brown and others against Roosevelt & Schuyler and others. M. Conboy, of New York City, for appellants. C. L. Craig, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. Order filed.

In re BUERMEYER. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) In the matter of Ferdinand W. Buermeyer, an attorney. No opinion. Motion granted.

BUFFALO COMMERCIAL BANK, Respondent, v. NICE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by the Buffalo Commercial Bank against John L. Nice and another. No opinion. Motion to dismiss appeal granted.

In re BUNNELL. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) In the matter of the application of James Lane Bunnell for admission to the bar. No opinion. Application granted.

BUNNER v. CONNORS. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Albert D. Bunner against Thomas Connors. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1109.

BUNNER v. CONNORS. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Albert D. Bunner against Thomas Connors. No opinion. Application denied, with $10 costs. Order signed. See, also, 138 N. Y. Supp. 1109.

BUNT v. O'BRIEN. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by James T. Bunt against Catherine O'Brien. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 1113.

BURDICK, Respondent, v. TOWN OF JOHNSTOWN, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Charles P. Burdick against the Town of Johnstown. No opinion.

Judgment and order unanimously affirmed, with costs.

BURGESS, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Frank Burgess, as administratrix, etc., against Avery N. Newman. No opinion. Appeal dismissed, without costs, upon stipulation filed.

BURKE, Respondent, v. BURKE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by William H. Burke against John F. Burke. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

BUSCHMAN v. McDERMOTT. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Amelia Buschman against Mamie H. McDermott. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BUTLER, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Harold P. Butler against Josephine E. Butler. H. J. Witte, of New York City, for appellant. C. P. Rogers, of New York City, for respondent. No opinion. Judgment (134 N. Y. Supp. 108) affirmed. Order filed.

BUTTERICK PUB. CO., Respondent, v. MISTROT–MUNN CO., Appellant. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by the Butterick Publishing Company against the Mistrot-Munn Company. W. P. Chapman, Jr., of New York City, for appellant. F. Rooney, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BUTTERLY, Respondent, v. DEERING, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by James N. Butterly against James A. Deering. No opinion. Motion granted, without costs. Settle order before THOMAS, J. See, also, 69 Misc. Rep. 75, 125 N. Y. Supp. 832; 137 N. Y. Supp. 836.

BUTTS, Appellant, v. CAREY, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Thomas W. Butts against Marie J. C. Carey. W. P. Vining, of New York City, for appellant. L. O. Van Doren, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 143 App. Div. 356, 128 N. Y. Supp. 533.